# LAW OFFICES OF EDMOND J. PRYOR

*Attorneys at Law*

EDMOND J. PRYOR*

Associate
WILLIAM G. FORERO

*Also Admitted in CT

292 City Island Avenue
Bronx, New York 10464

718-829-0222
FAX 718-829-0032
www.PryorLaw.com

Legal Assistant
JULIA DECUFFA+

+ Non-lawyer

**MEMO ENDORSED** 3/1/21

*Postpone* 3/5 conference

*Adj to April 23, 2021 At 10:30.*

[signature: Colleen McMahon]

February 24, 2021

**VIA ECF**
Hon. Colleen McMahon, USDJ
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   Lambert Grant v. Elmax Builders Supply, LLC
      Case No. 20-cv-02353

Dear Judge McMahon,

This firm is counsel for Plaintiff in the above-referenced action. We write to the Court because there is currently a status conference scheduled for March 5, 2021. The parties have scheduled a settlement conference before Judge Aaron on March 16, 2021. Deposition of Plaintiff, if necessary, is scheduled for March 18, 2021. After conferring with counsel for Defendant, both parties agree that a status conference would be more productive if held sometime after the settlement conference and deposition. Therefore, Plaintiff requests an adjournment of the status conference, with the consent of Defendant, to a date after March 18, 2021.

We thank the Court in advance for its assistance with this request.

Respectfully submitted,

[signature]
Edmond J. Pryor

Cc:   Via Email and ECF
      Morrison Cohen LLP
      Jeffrey Englander, Esq.
      Christopher Pendleton, Esq.
      Counsel for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/1/21