```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lambert Grant,

                Plaintiff,

-against-

Elmax Builders Supply, LLC,

                Defendant.

1:20-cv-02353 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    This case contains one or more claims arising under the Fair Labor Standards Act. A settlement was reached by the parties at a settlement conference before me on March 16, 2021. The parties thereafter consented to have all proceedings held before me. (ECF No. 26.) On April 23, 2021, the parties submitted a proposed settlement agreement. (ECF No. 28.) On April 27, 2021, the Court entered an Order stating that it would not approve the proposed agreement based on the non-disparagement provisions and ordering the parties to either file a revised agreement or indicate their desire to proceed with litigation. (ECF No. 29.) The parties filed a revised settlement agreement on May 7, 2021. (ECF No. 30.)

    Having reviewed the revised settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Thus, the settlement is preliminarily approved. Final approval must await submission of a fully executed settlement agreement.

The parties shall submit the fully executed settlement agreement to the Court no later than May 25, 2021.

**SO ORDERED.**

DATED:   New York, New York
         May 11, 2021

_____
STEWART D. AARON
United States Magistrate Judge